FILED
CLERK, U.S. DISTRICT COURT

AUG 2 5 2021

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO BASUA,<br><br>Defendant. | Case No. CR 21-345-JAK<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On August 25, 2021, Defendant made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on June 23, 2021. FredRicco McCurry, a member of the indigent defense panel was appointed to represent the defendant.

//
//

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ allegations in the petition include defendant's repeated failure to report for drug testing in February, April, May and June 2021, and failure to report for substance abuse counseling in May and June 2021 and for absconding from supervision.

    ☒ Defendant has a prior supervised release revocation in June 2017 in case number CR 09-471-JAK for drug use

B.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ allegations in the petition (see above)

    ☒ history of substance abuse

    ☒ Defendant has an active protection order in effect until April 2022

    ☒ Defendant's conviction in this matter occurred while he was on supervised release in case number CR 09-471-JAK.

III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: August 25, 2021

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE
